IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACK L. WALKER                                               Plaintiff

v.                          4:05CV01854 WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                     Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that Defendant's motion for remand is granted and this cause is remanded to the Commissioner for further action. This is a sentence four remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED this 26th day of March, 2007.


                                    /s/Wm. R. Wilson, Jr.
                                 UNITED STATES DISTRICT JUDGE